IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED

SEP 2 3 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| JOSE ESCRIBANO, AL LEBLANC, BRYCE MILLER, ROBERT MILLS, MICHAEL STRAWN, and JAMES WILLIAMSON, | § § § § § § § | |
| Plaintiffs, | § | |
| v. | § | 1:15-CV-331-RP |
| TRAVIS COUNTY, TEXAS, | § § § § | |
| Defendant. | § | |

## VERDICT FORM

**Question 1:** With respect to each Plaintiff, has Travis County proved by a preponderance of the evidence that he is compensated on a salary basis? Answer "Yes" or "No" with respect to each Plaintiff.

Jose Escribano: __No__
Al LeBlanc: __No__
Robert Mills: __No__
Bryce Miller: __No__
Michael Strawn: __No__
James Williamson: __No__

**Question 2:** With respect to each Plaintiff, has Travis County proved by a preponderance of the evidence that his primary duty is management and not front line law enforcement?

Jose Escribano: _____
Al LeBlanc: _____
Robert Mills: _____
Bryce Miller: _____
Michael Strawn: _____
James Williamson: _____

1

**Question 3:** With respect to each Plaintiff, has Travis County proved by a preponderance of the evidence that his suggestions and recommendations as to the hiring, firing, advancement, promotion, or any other change of status of other employees are given particular weight?

    Jose Escribano: _____
    Al LeBlanc: _____
    Robert Mills: _____
    Bryce Miller: _____
    Michael Strawn: _____
    James Williamson: _____

**If you answered "No" to either Question 1 or 2 in regard to any of the Plaintiffs, proceed to Question 5 (but only answer with respect to those Plaintiffs).**

**If you answered "Yes" to Question 1 and Question 2 but answered "No" to Question 3 for any of the Plaintiffs, proceed to Question 4 (but again, only answer with respect to those Plaintiffs).**

**If you answered "Yes" to Questions 1, 2, and 3, do not proceed.**

**Question 4:** Has Travis County proved by a preponderance of the evidence that, for each of the Plaintiffs listed below, his primary duty includes performing office or non-manual work?

    Jose Escribano: _____
    Al LeBlanc: _____
    Robert Mills: _____
    Bryce Miller: _____
    Michael Strawn: _____
    James Williamson: _____

**If you answered "No" to Question 4 in regard to any of the Plaintiffs, proceed to Question 5 (but again, only in regard to those Plaintiffs).**

**Question 5:** What is the difference between what Travis County actually paid Plaintiffs and the amount they should have paid Plaintiffs under the law? Calculate this amount for each Plaintiff from April 24, 2013 through the present. Answer separately in dollars and cents for each Plaintiff.

    Jose Escribano: _28914.03_
    Al LeBlanc: _29752.46_
    Robert Mills: _49583.54_
    Bryce Miller: _49757.95_
    Michael Strawn: _12213.34_
    James Williamson: _11420.97_

**Question 6(a):** Do you find that Plaintiffs proved beyond a preponderance of evidence that Travis County knew or showed reckless disregard for the fact that its conduct was prohibited by the Fair Labor Standards Act?

Answer: __No__

**Proceed to Question 6(b) if you answered "Yes" to Question 6(a). If you answered "No" to Question 6(a), do not answer Question 6(b).**

**Question 6(b):** What is the difference between what Travis County actually paid Plaintiffs and the amount they should have paid Plaintiffs under the law? Calculate this amount for each Plaintiff from April 24, 2012 through April 23, 2013. Answer separately in dollars and cents for each Plaintiff.

Jose Escribano: _____
Al LeBlanc: _____
Robert Mills: _____
Bryce Miller: _____
Michael Strawn: _____
James Williamson: _____

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence.

Submitted the __23__ day of __September__ 2016, at __1:07__ o'clock __P__.m.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

PRESIDING JUROR